UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      Case Number 12-13224
      Honorable David M. Lawson

LATOYA E. DADE and LATOYA E.
DADE TRUST,

      Defendants.
_____/

## JUDGMENT

In accordance with the order granting the plaintiff's motion for default judgment entered on this date,

It is **ORDERED AND ADJUDGED** that the plaintiff shall recover of the defendants, jointly and severally, in the amount of $266,279.05.

      s/David M. Lawson
      DAVID M. LAWSON
      United States District Judge

Dated: April 26, 2017

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 26, 2017.

      s/Susan Pinkowski
      SUSAN PINKOWSKI